JS-6

[UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRELL COTTLE-MOORE, individual;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:20-cv-7354 RSWL (JPRx)<br>*(Assigned for all purposes to the Hon. Ronald S.W. Lew)*<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 7, 2020 |

Plaintiff **LATRELL COTTLE-MOORE** ("Plaintiff") and Defendants **UNITED AIRLINES, INC.** ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: May 7, 2021

/S/ RONALD S.W. LEW
Hon. Ronald S.W. Lew
United States District Senior Judge